**DISMISS; and Opinion Filed June 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00132-CR

**COBY DESHAWN NEWSOME,** Appellant

**V.**

**THE STATE OF TEXAS,** Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-33473-V**

## MEMORANDUM OPINION
Before Bridges, Lang, and Schenck

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

150132F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

COBY DESHAWN NEWSOME, Appellant

No. 05-15-00132-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F11-33473-V.
Opinion delivered per curiam before Justices Bridges, Lang, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 23rd day of June, 2015.